IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

CAPITOL HEIGHTS LAND, LLLP, *et al.,*    )
                                          )
       Plaintiffs,                        )
                                          )
v.                                        )     Case No. 1:10-CV-01541-WDQ
                                          )
L.F. JENNINGS, INC., *et al.,*            )
                                          )
       Defendants.                        )
_____)

## DISCLOSURE OF CORPORATE INTEREST

***Check all that apply:***

[   ]   I certify, as party/counsel in this case that _____ is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[ X ]   The following numerous corporate affiliations exist with Great American Insurance Company:

      See Exhibit A, indicating the affiliations.

[   ]   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____

Date:  June 28, 2011

                  Respectfully submitted,

                  GREAT AMERICAN INSURANCE COMPANY

                  By Counsel

_____/s/_____
Matthew J. Gaziano
MD Federal Bar No. 18093
KATZ & STONE, L.L.P.
8230 Leesburg Pike
Suite 600
Vienna, Virginia 22182
mgaziano@katzandstone.com
(703) 761-3000
(703) 761-6179 (fax)
*Counsel for Defendants L.F. Jennings, Inc. and*
*Great American Insurance Company*

J:\12018.174\Pld\015mjg GA Corp Discl.doc:bd

| AFG ORGANIZATIONAL CHART | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | Ohio | 07/01/1997 | | Diversified Financial Holding Company |
| \|_American Financial Capital Trust II | Delaware | 02/04/1997 | 100 | Statutory Trust |
| \|_American Financial Capital Trust III | Delaware | 06/25/2003 | 100 | Statutory Trust |
| \|_American Financial Capital Trust IV | Delaware | 06/25/2003 | 100 | Statutory Trust |
| \|_American Financial Enterprises, Inc. | Connecticut | 01/01/1871 | 100 (2) | Closed End Investment Company |
| \|_American Money Management Corporation | Ohio | 03/01/1973 | 100 | Securities Management Company |
| \|_American Real Estate Capital Company, LLC | Ohio | 11/05/2009 | 80 | Mortgage Broker |
| \|_MidMarket Capital Partners, LLC | Delaware | 05/26/2010 | 51 | Arranger of Corporate Loans |
| \|_APU Holding Company | Ohio | 10/15/2003 | 100 | Holding Company |
| \|_American Premier Underwriters, Inc. | Pennsylvania | 04/13/1846 | 100 | Diversified Company |
| \|_The Ann Arbor Railroad Company | Michigan | 09/21/1895 | 99 | Inactive |
| \|_The Associates of the Jersey Company | New Jersey | 11/10/1804 | 100 | Inactive |
| \|_Cal Coal, Inc. | Illinois | 05/30/1979 | 100 | Inactive |
| \|_Great Southwest Corporation | Delaware | 10/25/1978 | 100 | Real Estate Developer |
| \|_World Houston, Inc. | Delaware | 05/30/1974 | 100 | Real Estate Developer |
| \|_The Indianapolis Union Railway Company | Indiana | 11/19/1872 | 100 | Inactive |
| \|_Lehigh Valley Railroad Company | Pennsylvania | 04/21/1846 | 100 | Inactive |
| \|_Magnolia Alabama Holdings, Inc. | Delaware | 05/18/2004 | 100 | Holding Company |
| \|_Magnolia Alabama Holdings LLC | Alabama | 05/24/2004 | 100 | Real Estate |
| \|_The Owasco River Railway, Inc. | New York | 06/02/1881 | 100 | Inactive |
| \|_PCC Real Estate, Inc. | New York | 12/15/1986 | 100 | Holding Company |
| \|_PCC Technical Industries, Inc. | Delaware | 11/18/1983 | 100 | Holding Company |
| \|_PCC Maryland Realty Corp. | Maryland | 08/18/1993 | 100 | Real Estate Holding Company |
| \|_Penn Camarillo Realty Corp. | California | 11/24/1992 | 100 | Real Estate Holding Company |
| \|_Penn Central Energy Management Company | Delaware | 05/11/1987 | 100 | Inactive |
| \|_Penn Towers, Inc. | Pennsylvania | 08/01/1958 | 100 | Inactive |
| \|_Pennsylvania-Reading Seashore Lines | New Jersey | 06/14/1901 | 66.67 | Inactive |
| \|_Pittsburgh and Cross Creek Railroad Company | Pennsylvania | 08/14/1970 | 83 | Inactive |
| \|_Terminal Realty Penn Co. | District of Columbia | 09/23/1968 | 100 | Inactive |
| \|_Waynesburg Southern Railroad Company | Pennsylvania | 09/01/1966 | 100 | Inactive |
| \|_GAI Insurance Company, Ltd. | Bermuda | 09/18/1989 | 100 | Reinsurance |
| \|_Hangar Acquisition Corp. | Ohio | 10/06/1995 | 100 | Aircraft Investment |
| \|_PLLS, Ltd. | Washington | 05/14/1990 | 100 | Insurance Agency |

ALL-STATE LEGAL®

A

**AFG ORGANIZATIONAL CHART**

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__APU Holding Company | | | | |
| \|__Premier Lease & Loan Services Insurance Agency, Inc. | Washington | 12/27/1983 | 100 | Insurance Agency |
| \|__Premier Lease & Loan Services of Canada, Inc. | Washington | 02/28/1991 | 100 | Insurance Agency |
| \|__Republic Indemnity Company of America | California | 12/05/1972 | 100 | Workers' Compensation Insurance |
| \|__Republic Indemnity Company of California | California | 10/13/1982 | 100 | Workers' Compensation Insurance |
| \|__Risico Management Corporation | Delaware | 01/10/1989 | 100 | Risk Management |
| \|__Atlas Building Company, LLC | Ohio | 10/29/2010 | 100 | Office Development Oversight |
| \|__Dixie Terminal Corporation | Ohio | 04/23/1970 | 100 | Real Estate Holding Company |
| \|__Flextech Holding Co., Inc. | Ohio | 08/31/2000 | 100 | Packing Manufacturer |
| \|__GAI Holding Bermuda Ltd. | Bermuda | 10/03/2007 | 100 | Holding Company |
| \|__GAI Indemnity, Ltd. | United Kingdom | 09/27/2007 | 100 | Lloyd's Corporate Member |
| \|__Marketform Group Limited | United Kingdom | 07/12/2002 | 71.5 | Holding Company |
| \|__Marketform Holdings Limited | United Kingdom | 06/15/1998 | 100 | Holding Company |
| \|__Caduceus Underwriting Limited | United Kingdom | 11/04/2002 | 100 | Inactive |
| \|__Lavenham Underwriting Limited | United Kingdom | 08/15/2002 | 100 | Lloyd's Corporate Member |
| \|__Marketform Limited | United Kingdom | 11/02/1988 | 100 | Underwriting Intermediary |
| \|__Gabinete Marketform SL | Spain | 04/29/1996 | 100 | Claims Handling & Client Services |
| \|__Marketform Australia Pty Limited | Australia | 03/12/2004 | 100 | Claims Handling & Client Services |
| \|__Studio Marketform SRL | Italy | 05/05/2006 | 100 | Claims Manager |
| \|__Marketform Management Services Limited | United Kingdom | 11/08/2002 | 100 | Service Company |
| \|__Marketform Managing Agency Limited | United Kingdom | 06/15/1998 | 100 | Managing Agency |
| \|__Sampford Underwriting Limited | United Kingdom | 04/22/2003 | 100 | Lloyd's Corporate Member |
| \|__Marketform Trust Company Limited | United Kingdom | 10/22/2004 | 100 | Trustee |
| \|__Great American Financial Resources, Inc. | Delaware | 11/23/1992 | 100 (2) | Insurance Holding Company |
| \|__AAG Holding Company, Inc. | Ohio | 09/11/1996 | 100 | Holding Company |
| \|__Great American Financial Statutory Trust IV | Connecticut | 04/21/2003 | 100 | Financing Entity |
| \|__Great American Life Insurance Company | Ohio | 12/29/1961 | 100 | Life Insurance Company |
| \|__Aerielle, LLC | Delaware | 02/13/2009 | 60 (2) | Marketing of Consumer Electronic Products |
| \|__Aerielle Technologies, Inc. | California | 08/08/2007 | 100 | Marketing of Consumer Electronic Products |
| \|__Annuity Investors Life Insurance Company | Ohio | 11/13/1981 | 100 | Life Insurance Company |
| \|__Bay Bridge Marina Hemingway's Restaurant, LLC | Maryland | 10/22/2010 | 85 | Liquor License Holder for Hemingway's Restaur |
| \|__Bay Bridge Marina Management, LLC | Maryland | 06/30/2009 | 85 | Liquor License Holder for Bay Bridge Grill |
| \|__Brothers Management, LLC | Florida | 06/11/2004 | 99 | Restaurants & Ships Store |

## AFG ORGANIZATIONAL CHART

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__Great American Financial Resources, Inc. | | | | |
|   \|__AAG Holding Company, Inc. | | | | |
|     \|__Great American Life Insurance Company | | | | |
|       \|__Consolidated Financial Corporation | Michigan | 09/10/1985 | 100 | Retirement & Financial Planning Company |
|       \|__GALIC - Bay Bridge Marina, LLC | Maryland | 05/05/2005 | 100 | Holding Company |
|       \|__GALIC Brothers, Inc. | Ohio | 11/12/1993 | 80 | Real Estate Management |
|       \|__GALIC Pointe, LLC | Florida | 03/25/2011 | 100 (2) | Mortgage Holding - Destin, FL Property |
|       \|__GALIC Port Orange, LLC | Florida | 09/28/2009 | 80 (2) | Mortgage Holder-Legacy at Crystal Lake Apart |
|       \|__Great American Life Insurance Company of New York | New York | 12/23/1963 | 100 | Life Insurance Company |
|       \|__Manhattan National Holding Corporation | Ohio | 08/27/2008 | 100 | Holding Company |
|         \|__Manhattan National Life Insurance Company | Illinois | 12/20/1956 | 100 | Life Insurance Company |
|       \|__NOP, LLC | Florida | 03/01/2010 | 100 (2) | Mortgage Holder - New Orleans, LA Property |
|       \|__Skipjack Marina Corp | Maryland | 06/24/1999 | 100 | Marina Operator |
|     \|__Loyal American Holding Corporation | Ohio | 09/20/2005 | 100 | Holding Company |
|       \|__Loyal American Life Insurance Company | Ohio | 05/18/1955 | 100 | Life Insurance Company |
|         \|__ADL Financial Services, Inc. | North Carolina | 09/10/1970 | 100 | Inactive |
|         \|__American Retirement Life Insurance Company | Ohio | 05/12/1978 | 100 | Life Insurance Company |
|         \|__Great American Life Assurance Company | Ohio | 08/10/1967 | 100 | Life Insurance Company |
|       \|__Purity Financial Corporation | Florida | 12/12/1991 | 100 | Credit Union Marketing |
|     \|__United Teacher Associates, Ltd. | Texas | 12/17/1998 | 100 (2) | Holding Company - Limited Partnership |
|       \|__United Teacher Associates Insurance Company | Texas | 12/15/1958 | 100 | Life Insurance Company |
|         \|__United Agency Brokerage GP Inc. | Texas | 05/19/2003 | 100 | Intermediate Holding Company |
|           \|__UTA Brokerage Group, LP | Texas | 05/19/2003 | 100 | Insurance Agency |
|   \|__AAG Insurance Agency, Inc. | Kentucky | 12/06/1994 | 100 | Insurance Agency |
|   \|__Ceres Group, Inc. | Delaware | 10/22/1998 | 100 | Holding Company |
|     \|__Central Reserve Life Insurance Company | Ohio | 07/02/1963 | 100 | Life Insurance Company |
|       \|__Provident American Life & Health Insurance Company | Ohio | 04/06/1949 | 100 | Life Insurance Company |
|         \|__United Benefit Life Insurance Company | Ohio | 06/26/1957 | 100 | Life Insurance Company |
|     \|__Ceres Administrators, L.L.C. | Delaware | 12/04/1998 | 100 | Administration Company |
|     \|__Ceres Sales, LLC | Delaware | 10/19/1999 | 100 | Inactive |
|       \|__Ceres Sales of Ohio, LLC | Ohio | 11/07/2001 | 100 | Insurance Agency |
|       \|__HealthMark Sales, LLC | Delaware | 02/29/2000 | 100 | Inactive |
|     \|__Continental General Corporation | Nebraska | 02/12/1988 | 100 | Holding Company |
|       \|__Continental General Insurance Company | Ohio | 05/24/1961 | 100 | Life Insurance Company |

As Of: 3/31/2011

# AFG ORGANIZATIONAL CHART

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__Great American Financial Resources, Inc. | | | | |
| \|__Ceres Group, Inc. | | | | |
| \|__Continental General Corporation | | | | |
| \|__Continental Print & Photo Co. | Nebraska | 02/13/1975 | 100 | Inactive |
| \|__QQAgency of Texas, Inc. | Texas | 09/07/2000 | 100 | Insurance Agency |
| \|__Great American Advisors, Inc. | Ohio | 12/10/1993 | 100 | Broker-Dealer |
| \|__Great American Plan Administrators, Inc. | Ohio | 05/31/1994 | 100 | Third Party Administrator |
| \|__SPELCO (UK) Ltd. | United Kingdom | | 99 | Inactive |
| \|__SWTC Hong Kong Ltd. | Hong Kong | | 100 | Inactive |
| \|__SWTC, Inc. | Delaware | | 100 | Inactive |
| \|__Great American Holding, Inc. | Ohio | 07/25/2002 | 100 | Holding Company |
| \|__American Empire Surplus Lines Insurance Company | Delaware | 07/15/1977 | 100 | Excess and Surplus Lines Insurance |
| \|__American Empire Insurance Company | Ohio | 11/26/1979 | 100 | Property/Casualty Insurance |
| \|__American Empire Underwriters, Inc. | Texas | 05/19/1976 | 100 | Insurance Agency |
| \|__Great American International Insurance Limited | Ireland | 01/05/2004 | 100 | Insurance Company |
| \|__Mid-Continent Casualty Company | Ohio | 02/26/1947 | 100 | Property/Casualty Insurance |
| \|__Mid-Continent Assurance Company | Ohio | 08/13/1992 | 100 | Property/Casualty Insurance |
| \|__Mid-Continent Excess and Surplus Insurance Company | Delaware | 07/10/2009 | 100 | Excess and Surplus Lines Insurance |
| \|__Mid-Continent Specialty Insurance Services, Inc. | Oklahoma | 06/15/2009 | 100 | Surplus Lines Brokerage |
| \|__Oklahoma Surety Company | Ohio | 08/05/1968 | 100 | Special Coverage Insurance Company |
| \|__Premier International Insurance Company | British West Indies | 11/19/2008 | 100 | Direct Write Insurance Company |
| \|__Great American Insurance Company | Ohio | 03/07/1872 | 100 | Property/Casualty Insurance |
| \|__Agricultural Services, LLC. | Ohio | 03/12/2010 | 100 | Holding Company |
| \|__United States Livestock Producers, LLC. | Nevada | 04/08/2010 | 51.3 | Service Provider for Livestock Farmers |
| \|__Livestock Market Enhancement Risk Retention Group | Nevada | 12/28/2010 | 100 | Association Captive Insurance Company |
| \|__American Signature Underwriters, Inc. | Ohio | 04/08/1996 | 100 | Insurance Agency |
| \|__Brothers Property Corporation | Ohio | 09/08/1987 | 80 | Real Estate Manager |
| \|__Brothers Le Pavillon, LLC. | Delaware | 07/10/2006 | 100 | Limited Liability Company Member |
| \|__Brothers Le Pavillon (SPE), LLC. | Delaware | 07/10/2006 | 100 | Real Estate Holding Company |
| \|__Brothers Pennsylvanian Corporation | Pennsylvania | 12/23/1994 | 100 | Real Estate Manager |
| \|__Brothers Property Management Corporation | Ohio | 09/25/1987 | 100 | Real Estate Management |
| \|__Crescent Centre Apartments | Ohio | 03/15/2006 | 100 (2) | Real Estate |
| \|__Crop Managers Insurance Agency, Inc. | Kansas | 08/09/1989 | 100 | Insurance Agency |
| \|__Dempsey & Siders Agency, Inc. | Ohio | 05/09/1956 | 100 | Insurance Agency |

# AFG ORGANIZATIONAL CHART

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__Great American Insurance Company | | | | |
| \|__Eden Park Insurance Brokers, Inc. | California | 02/13/1990 | 100 | Wholesale Agency/Brokerage for E&S Lines |
| \|__El Aguila, Compañia de Seguros, S.A. de C.V. | Mexico | 11/24/1994 | 100 | Property/Casualty Insurance |
| \|__Financiadora de Primas Condor, S.A. de C.V. | Mexico | 03/16/1998 | 99 | Premium Finance |
| \|__Farmers Crop Insurance Alliance, Inc. | Kansas | 03/30/1982 | 100 | Insurance Services Provider |
| \|__FCIA Management Company, Inc. | New York | 09/17/1991 | 100 | Servicing Agent |
| \|__Foreign Credit Insurance Association | New York | 01/01/1961 | beneficial interest | Unincorporated Association |
| \|__GAI Warranty Company | Ohio | 01/25/2001 | 100 | Service Warranty Provider |
| \|__GAI Warranty Company of Florida | Florida | 03/23/2001 | 100 | Service Warranty Provider |
| \|__GAI Warranty Company of Canada Inc | Ontario (Toronto, CN) | 04/17/2002 | 100 | Service Contract Provider |
| \|__Global Premier Finance Company | Ohio | 08/25/1998 | 100 | Premium Finance |
| \|__Great American Agency of Texas, Inc. | Texas | 01/25/1994 | 100 | Managing General Agency |
| \|__Great American Alliance Insurance Company | Ohio | 09/11/1945 | 100 | Property/Casualty Insurance |
| \|__Great American Assurance Company | Ohio | 03/23/1905 | 100 | Property/Casualty Insurance |
| \|__Great American Casualty Insurance Company | Ohio | 02/17/1981 | 100 | Property/Casualty Insurance |
| \|__Great American Claims Services, Inc. | Delaware | 06/10/1986 | 100 | Management Holding Company |
| \|__Great American Contemporary Insurance Company | Ohio | 04/16/1996 | 100 | Property/Casualty Insurance |
| \|__Great American E & S Insurance Company | Delaware | 02/28/1979 | 100 | Excess and Surplus Lines Insurance |
| \|__Great American Fidelity Insurance Company | Delaware | 01/12/1982 | 100 | Excess and Surplus Lines Insurance |
| \|__Great American Insurance Agency, Inc. | Ohio | 04/20/1999 | 100 | Insurance Agency |
| \|__Great American Insurance Company of New York | New York | 08/22/1947 | 100 | Property/Casualty Insurance |
| \|__Great American Lloyd's Insurance Company | Texas | 10/09/1979 | beneficial interest | Lloyd's Plan Insurer |
| \|__Great American Lloyd's, Inc. | Texas | 08/02/1983 | 100 | Corporate Attorney-in-Fact |
| \|__Great American Management Services, Inc. | Ohio | 12/05/1974 | 100 | Data Processing and Equipment Leasing |
| \|__Great American Protection Insurance Company | Ohio | 01/08/1990 | 100 | Surplus Lines Insurance |
| \|__Great American Re Inc. | Delaware | 05/14/1971 | 100 | Reinsurance Intermediary |
| \|__Great American Security Insurance Company | Ohio | 07/01/1987 | 100 | Property/Casualty Insurance |
| \|__Great American Spirit Insurance Company | Ohio | 04/05/1988 | 100 | Property/Casualty Insurance |
| \|__Key Largo Group, Inc. | Florida | 02/25/1969 | 100 | Land Developer |
| \|__National Interstate Corporation | Ohio | 01/26/1989 | 52.5 | Holding Company |
| \|__American Highways Insurance Agency (OH) | Ohio | 06/29/1999 | 100 | Insurance Agency |
| \|__Explorer RV Insurance Agency, Inc. | Ohio | 07/17/1997 | 100 | Insurance Agency |
| \|__Hudson Indemnity, Ltd. | Cayman Islands | 06/12/1996 | 100 | Property/Casualty Insurance |

# AFG ORGANIZATIONAL CHART

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__Great American Insurance Company | | | | |
| \|__National Interstate Corporation | | | | |
| \|__Hudson Management Group, Ltd. | Virgin Islands | 07/29/2004 | 100 | Insurance Administrative Services |
| \|__National Interstate Insurance Agency, Inc. | Ohio | 02/13/1989 | 100 | Insurance Agency |
| \|__Commercial For Hire Transportation Purchasing Group | South Carolina | 01/23/2004 | beneficial interest | Purchasing Group |
| \|__National Interstate Insurance Company | Ohio | 02/10/1989 | 100 | Property/Casualty Insurance |
| \|__National Interstate Insurance Company of Hawaii, Inc. | Ohio | 09/20/1999 | 100 | Property/Casualty Insurance |
| \|__Triumphe Casualty Company | Pennsylvania | 10/26/1981 | 100 | Property/Casualty Insurance |
| \|__Vanliner Group, Inc. | Delaware | 07/17/1986 | 100 | Holding Company |
| \|__TransProtection Service Company | Missouri | 03/08/1982 | 100 | Insurance Agency |
| \|__Vanliner Insurance Company | Missouri | 04/16/1953 | 100 | Property/Casualty Insurance |
| \|__Vanliner Reinsurance Limited | Bermuda | 01/03/1978 | 100 | Reinsurance |
| \|__Safety Claims and Litigation Services, LLC | Montana | 08/24/2006 | 100 | Loss Control Consulting Company |
| \|__Safety, Claims & Litigation Services, Inc. | Pennsylvania | 06/23/1995 | 100 | Litigation & Claims Support Services |
| \|__Penn Central U.K. Limited | United Kingdom | 10/28/1992 | 100 | Insurance Holding Company |
| \|__Insurance (GB) Limited | United Kingdom | 05/13/1992 | 100 | Property/Casualty Insurance |
| \|__Pinecrest Place LLC | Florida | 11/05/2009 | 100 | Mortgage Holder - Coconut Palm Estates |
| \|__PLLS Canada Insurance Brokers Inc. | Ontario (Toronto, CN) | 06/13/2001 | 49 | Insurance Agency |
| \|__Preferred Market Solutions, LLC | Ohio | 01/08/2008 | 100 | Brokerage Consultant Business |
| \|__Professional Risk Brokers, Inc. | Illinois | 03/01/1990 | 100 | Wholesale Agency/Brokerage for E&S Lines |
| \|__Strategic Comp Holdings, L.L.C. | Louisiana | 12/28/2002 | 100 | Holding Company |
| \|__Strategic Comp Services, L.L.C. | Louisiana | 12/31/2002 | 100 | Claims Services Provider |
| \|__Strategic Comp, L.L.C. | Louisiana | 12/31/2002 | 100 | Insurance Agency |
| \|__One East Fourth, Inc. | Ohio | 02/03/1964 | 100 | Real Estate Holding Company |
| \|__Pioneer Carpet Mills, Inc. | Ohio | 04/29/1976 | 100 | Inactive |
| \|__Superior NWVN of Ohio, Inc. | Ohio | 05/05/2000 | 100 | Holding Company |
| \|__TEJ Holdings, Inc. | Ohio | 12/04/1984 | 100 | Real Estate Holding Company |
| \|__Three East Fourth, Inc. | Ohio | 08/10/1966 | 100 | Real Estate Holding Company |

(1)  Except Director's Qualifying Shares.
(2)  Total percentage owned by parent shown and by other affiliated company(s).

| AFG ORGANIZATIONAL CHART | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | Ohio | 07/01/1997 | | Diversified Financial Holding Company |
| \|_American Financial Capital Trust II | Delaware | 02/04/1997 | 100 | Statutory Trust |
| \|_American Financial Capital Trust III | Delaware | 06/25/2003 | 100 | Statutory Trust |
| \|_American Financial Capital Trust IV | Delaware | 06/25/2003 | 100 | Statutory Trust |
| \|_American Financial Enterprises, Inc. | Connecticut | 01/01/1871 | 100 (2) | Closed End Investment Company |
| \|_American Money Management Corporation | Ohio | 03/01/1973 | 100 | Securities Management Company |
| \|_American Real Estate Capital Company, LLC | Ohio | 11/05/2009 | 80 | Mortgage Broker |
| \|_MidMarket Capital Partners, LLC | Delaware | 05/26/2010 | 51 | Arranger of Corporate Loans |
| \|_APU Holding Company | Ohio | 10/15/2003 | 100 | Holding Company |
| \|_American Premier Underwriters, Inc. | Pennsylvania | 04/13/1846 | 100 | Diversified Company |
| \|_The Ann Arbor Railroad Company | Michigan | 09/21/1895 | 99 | Inactive |
| \|_The Associates of the Jersey Company | New Jersey | 11/10/1804 | 100 | Inactive |
| \|_Cal Coal, Inc. | Illinois | 05/30/1979 | 100 | Inactive |
| \|_Great Southwest Corporation | Delaware | 10/25/1978 | 100 | Real Estate Developer |
| \|_World Houston, Inc. | Delaware | 05/30/1974 | 100 | Real Estate Developer |
| \|_The Indianapolis Union Railway Company | Indiana | 11/19/1872 | 100 | Inactive |
| \|_Lehigh Valley Railroad Company | Pennsylvania | 04/21/1846 | 100 | Inactive |
| \|_Magnolia Alabama Holdings, Inc. | Delaware | 05/18/2004 | 100 | Holding Company |
| \|_Magnolia Alabama Holdings LLC | Alabama | 05/24/2004 | 100 | Real Estate |
| \|_The Owasco River Railway, Inc. | New York | 06/02/1881 | 100 | Inactive |
| \|_PCC Real Estate, Inc. | New York | 12/15/1986 | 100 | Holding Company |
| \|_PCC Technical Industries, Inc. | Delaware | 11/18/1983 | 100 | Holding Company |
| \|_PCC Maryland Realty Corp. | Maryland | 08/18/1993 | 100 | Real Estate Holding Company |
| \|_Penn Camarillo Realty Corp. | California | 11/24/1992 | 100 | Real Estate Holding Company |
| \|_Penn Central Energy Management Company | Delaware | 05/11/1987 | 100 | Inactive |
| \|_Penn Towers, Inc. | Pennsylvania | 08/01/1958 | 100 | Inactive |
| \|_Pennsylvania-Reading Seashore Lines | New Jersey | 06/14/1901 | 66.67 | Inactive |
| \|_Pittsburgh and Cross Creek Railroad Company | Pennsylvania | 08/14/1970 | 83 | Inactive |
| \|_Terminal Realty Penn Co. | District of Columbia | 09/23/1968 | 100 | Inactive |
| \|_Waynesburg Southern Railroad Company | Pennsylvania | 09/01/1966 | 100 | Inactive |
| \|_GAI Insurance Company, Ltd. | Bermuda | 09/18/1989 | 100 | Reinsurance |
| \|_Hangar Acquisition Corp. | Ohio | 10/06/1995 | 100 | Aircraft Investment |
| \|_PLLS, Ltd. | Washington | 05/14/1990 | 100 | Insurance Agency |

ALL-STATE LEGAL®

A

**AFG ORGANIZATIONAL CHART**

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__APU Holding Company | | | | |
|    \|__Premier Lease & Loan Services Insurance Agency, Inc. | Washington | 12/27/1983 | 100 | Insurance Agency |
|    \|__Premier Lease & Loan Services of Canada, Inc. | Washington | 02/28/1991 | 100 | Insurance Agency |
|    \|__Republic Indemnity Company of America | California | 12/05/1972 | 100 | Workers' Compensation Insurance |
|      \|__Republic Indemnity Company of California | California | 10/13/1982 | 100 | Workers' Compensation Insurance |
|    \|__Risico Management Corporation | Delaware | 01/10/1989 | 100 | Risk Management |
| \|__Atlas Building Company, LLC | Ohio | 10/29/2010 | 100 | Office Development Oversight |
| \|__Dixie Terminal Corporation | Ohio | 04/23/1970 | 100 | Real Estate Holding Company |
| \|__Flextech Holding Co., Inc. | Ohio | 08/31/2000 | 100 | Packing Manufacturer |
| \|__GAI Holding Bermuda Ltd. | Bermuda | 10/03/2007 | 100 | Holding Company |
|    \|__GAI Indemnity, Ltd. | United Kingdom | 09/27/2007 | 100 | Lloyd's Corporate Member |
|    \|__Marketform Group Limited | United Kingdom | 07/12/2002 | 71.5 | Holding Company |
|      \|__Marketform Holdings Limited | United Kingdom | 06/15/1998 | 100 | Holding Company |
|        \|__Caduceus Underwriting Limited | United Kingdom | 11/04/2002 | 100 | Inactive |
|        \|__Lavenham Underwriting Limited | United Kingdom | 08/15/2002 | 100 | Lloyd's Corporate Member |
|        \|__Marketform Limited | United Kingdom | 11/02/1988 | 100 | Underwriting Intermediary |
|          \|__Gabinete Marketform SL | Spain | 04/29/1996 | 100 | Claims Handling & Client Services |
|          \|__Marketform Australia Pty Limited | Australia | 03/12/2004 | 100 | Claims Handling & Client Services |
|          \|__Studio Marketform SRL | Italy | 05/05/2006 | 100 | Claims Manager |
|        \|__Marketform Management Services Limited | United Kingdom | 11/08/2002 | 100 | Service Company |
|        \|__Marketform Managing Agency Limited | United Kingdom | 06/15/1998 | 100 | Managing Agency |
|        \|__Sampford Underwriting Limited | United Kingdom | 04/22/2003 | 100 | Lloyd's Corporate Member |
|    \|__Marketform Trust Company Limited | United Kingdom | 10/22/2004 | 100 | Trustee |
| \|__Great American Financial Resources, Inc. | Delaware | 11/23/1992 | 100 (2) | Insurance Holding Company |
|    \|__AAG Holding Company, Inc. | Ohio | 09/11/1996 | 100 | Holding Company |
|      \|__Great American Financial Statutory Trust IV | Connecticut | 04/21/2003 | 100 | Financing Entity |
|      \|__Great American Life Insurance Company | Ohio | 12/29/1961 | 100 | Life Insurance Company |
|        \|__Aerielle, LLC | Delaware | 02/13/2009 | 60 (2) | Marketing of Consumer Electronic Products |
|          \|__Aerielle Technologies, Inc. | California | 08/08/2007 | 100 | Marketing of Consumer Electronic Products |
|        \|__Annuity Investors Life Insurance Company | Ohio | 11/13/1981 | 100 | Life Insurance Company |
|        \|__Bay Bridge Marina Hemingway's Restaurant, LLC | Maryland | 10/22/2010 | 85 | Liquor License Holder for Hemingway's Restaur |
|        \|__Bay Bridge Marina Management, LLC | Maryland | 06/30/2009 | 85 | Liquor License Holder for Bay Bridge Grill |
|        \|__Brothers Management, LLC | Florida | 06/11/2004 | 99 | Restaurants & Ships Store |

## AFG ORGANIZATIONAL CHART

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__Great American Financial Resources, Inc. | | | | |
|   \|__AAG Holding Company, Inc. | | | | |
|     \|__Great American Life Insurance Company | | | | |
|       \|__Consolidated Financial Corporation | Michigan | 09/10/1985 | 100 | Retirement & Financial Planning Company |
|       \|__GALIC - Bay Bridge Marina, LLC | Maryland | 05/05/2005 | 100 | Holding Company |
|       \|__GALIC Brothers, Inc. | Ohio | 11/12/1993 | 80 | Real Estate Management |
|       \|__GALIC Pointe, LLC | Florida | 03/25/2011 | 100 (2) | Mortgage Holding - Destin, FL Property |
|       \|__GALIC Port Orange, LLC | Florida | 09/28/2009 | 80 (2) | Mortgage Holder-Legacy at Crystal Lake Apart |
|       \|__Great American Life Insurance Company of New York | New York | 12/23/1963 | 100 | Life Insurance Company |
|       \|__Manhattan National Holding Corporation | Ohio | 08/27/2008 | 100 | Holding Company |
|         \|__Manhattan National Life Insurance Company | Illinois | 12/20/1956 | 100 | Life Insurance Company |
|       \|__NOP, LLC | Florida | 03/01/2010 | 100 (2) | Mortgage Holder - New Orleans, LA Property |
|       \|__Skipjack Marina Corp | Maryland | 06/24/1999 | 100 | Marina Operator |
|     \|__Loyal American Holding Corporation | Ohio | 09/20/2005 | 100 | Holding Company |
|       \|__Loyal American Life Insurance Company | Ohio | 05/18/1955 | 100 | Life Insurance Company |
|         \|__ADL Financial Services, Inc. | North Carolina | 09/10/1970 | 100 | Inactive |
|         \|__American Retirement Life Insurance Company | Ohio | 05/12/1978 | 100 | Life Insurance Company |
|         \|__Great American Life Assurance Company | Ohio | 08/10/1967 | 100 | Life Insurance Company |
|       \|__Purity Financial Corporation | Florida | 12/12/1991 | 100 | Credit Union Marketing |
|     \|__United Teacher Associates, Ltd. | Texas | 12/17/1998 | 100 (2) | Holding Company - Limited Partnership |
|       \|__United Teacher Associates Insurance Company | Texas | 12/15/1958 | 100 | Life Insurance Company |
|         \|__United Agency Brokerage GP Inc | Texas | 05/19/2003 | 100 | Intermediate Holding Company |
|           \|__UTA Brokerage Group, LP | Texas | 05/19/2003 | 100 | Insurance Agency |
|   \|__AAG Insurance Agency, Inc. | Kentucky | 12/06/1994 | 100 | Insurance Agency |
|   \|__Ceres Group, Inc. | Delaware | 10/22/1998 | 100 | Holding Company |
|     \|__Central Reserve Life Insurance Company | Ohio | 07/02/1963 | 100 | Life Insurance Company |
|       \|__Provident American Life & Health Insurance Company | Ohio | 04/06/1949 | 100 | Life Insurance Company |
|         \|__United Benefit Life Insurance Company | Ohio | 06/26/1957 | 100 | Life Insurance Company |
|     \|__Ceres Administrators, L.L.C. | Delaware | 12/04/1998 | 100 | Administration Company |
|     \|__Ceres Sales, LLC | Delaware | 10/19/1999 | 100 | Inactive |
|       \|__Ceres Sales of Ohio, LLC | Ohio | 11/07/2001 | 100 | Insurance Agency |
|       \|__HealthMark Sales, LLC | Delaware | 02/29/2000 | 100 | Inactive |
|     \|__Continental General Corporation | Nebraska | 02/12/1988 | 100 | Holding Company |
|       \|__Continental General Insurance Company | Ohio | 05/24/1961 | 100 | Life Insurance Company |

## AFG ORGANIZATIONAL CHART

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__Great American Financial Resources, Inc. | | | | |
| \|__Ceres Group, Inc. | | | | |
| \|__Continental General Corporation | | | | |
| \|__Continental Print & Photo Co. | Nebraska | 02/13/1975 | 100 | Inactive |
| \|__QQAgency of Texas, Inc. | Texas | 09/07/2000 | 100 | Insurance Agency |
| \|__Great American Advisors, Inc. | Ohio | 12/10/1993 | 100 | Broker-Dealer |
| \|__Great American Plan Administrators, Inc. | Ohio | 05/31/1994 | 100 | Third Party Administrator |
| \|__SPELCO (UK) Ltd. | United Kingdom | | 99 | Inactive |
| \|__SWTC Hong Kong Ltd. | Hong Kong | | 100 | Inactive |
| \|__SWTC, Inc. | Delaware | | 100 | Inactive |
| \|__Great American Holding, Inc. | Ohio | 07/25/2002 | 100 | Holding Company |
| \|__American Empire Surplus Lines Insurance Company | Delaware | 07/15/1977 | 100 | Excess and Surplus Lines Insurance |
| \|__American Empire Insurance Company | Ohio | 11/26/1979 | 100 | Property/Casualty Insurance |
| \|__American Empire Underwriters, Inc. | Texas | 05/19/1976 | 100 | Insurance Agency |
| \|__Great American International Insurance Limited | Ireland | 01/05/2004 | 100 | Insurance Company |
| \|__Mid-Continent Casualty Company | Ohio | 02/26/1947 | 100 | Property/Casualty Insurance |
| \|__Mid-Continent Assurance Company | Ohio | 08/13/1992 | 100 | Property/Casualty Insurance |
| \|__Mid-Continent Excess and Surplus Insurance Company | Delaware | 07/10/2009 | 100 | Excess and Surplus Lines Insurance |
| \|__Mid-Continent Specialty Insurance Services, Inc. | Oklahoma | 06/15/2009 | 100 | Surplus Lines Brokerage |
| \|__Oklahoma Surety Company | Ohio | 08/05/1968 | 100 | Special Coverage Insurance Company |
| \|__Premier International Insurance Company | British West Indies | 11/19/2008 | 100 | Direct Write Insurance Company |
| \|__Great American Insurance Company | Ohio | 03/07/1872 | 100 | Property/Casualty Insurance |
| \|__Agricultural Services, LLC. | Ohio | 03/12/2010 | 100 | Holding Company |
| \|__United States Livestock Producers, LLC. | Nevada | 04/08/2010 | 51.3 | Service Provider for Livestock Farmers |
| \|__Livestock Market Enhancement Risk Retention Group | Nevada | 12/28/2010 | 100 | Association Captive Insurance Company |
| \|__American Signature Underwriters, Inc. | Ohio | 04/08/1996 | 100 | Insurance Agency |
| \|__Brothers Property Corporation | Ohio | 09/08/1987 | 80 | Real Estate Manager |
| \|__Brothers Le Pavillon, LLC. | Delaware | 07/10/2006 | 100 | Limited Liability Company Member |
| \|__Brothers Le Pavillon (SPE), LLC. | Delaware | 07/10/2006 | 100 | Real Estate Holding Company |
| \|__Brothers Pennsylvanian Corporation | Pennsylvania | 12/23/1994 | 100 | Real Estate Manager |
| \|__Brothers Property Management Corporation | Ohio | 09/25/1987 | 100 | Real Estate Management |
| \|__Crescent Centre Apartments | Ohio | 03/15/2006 | 100 (2) | Real Estate |
| \|__Crop Managers Insurance Agency, Inc. | Kansas | 08/09/1989 | 100 | Insurance Agency |
| \|__Dempsey & Siders Agency, Inc. | Ohio | 05/09/1956 | 100 | Insurance Agency |

## AFG ORGANIZATIONAL CHART

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__Great American Insurance Company | | | | |
| \|__Eden Park Insurance Brokers, Inc. | California | 02/13/1990 | 100 | Wholesale Agency/Brokerage for E&S Lines |
| \|__El Aguila, Compañia de Seguros, S.A. de C.V. | Mexico | 11/24/1994 | 100 | Property/Casualty Insurance |
| \|__Financiadora de Primas Condor, S.A. de C.V. | Mexico | 03/16/1998 | 99 | Premium Finance |
| \|__Farmers Crop Insurance Alliance, Inc. | Kansas | 03/30/1982 | 100 | Insurance Services Provider |
| \|__FCIA Management Company, Inc. | New York | 09/17/1991 | 100 | Servicing Agent |
| \|__Foreign Credit Insurance Association | New York | 01/01/1961 | beneficial interest | Unincorporated Association |
| \|__GAI Warranty Company | Ohio | 01/25/2001 | 100 | Service Warranty Provider |
| \|__GAI Warranty Company of Florida | Florida | 03/23/2001 | 100 | Service Warranty Provider |
| \|__GAI Warranty Company of Canada Inc | Ontario (Toronto, CN) | 04/17/2002 | 100 | Service Contract Provider |
| \|__Global Premier Finance Company | Ohio | 08/25/1998 | 100 | Premium Finance |
| \|__Great American Agency of Texas, Inc. | Texas | 01/25/1994 | 100 | Managing General Agency |
| \|__Great American Alliance Insurance Company | Ohio | 09/11/1945 | 100 | Property/Casualty Insurance |
| \|__Great American Assurance Company | Ohio | 03/23/1905 | 100 | Property/Casualty Insurance |
| \|__Great American Casualty Insurance Company | Ohio | 02/17/1981 | 100 | Property/Casualty Insurance |
| \|__Great American Claims Services, Inc. | Delaware | 06/10/1986 | 100 | Management Holding Company |
| \|__Great American Contemporary Insurance Company | Ohio | 04/16/1996 | 100 | Property/Casualty Insurance |
| \|__Great American E & S Insurance Company | Delaware | 02/28/1979 | 100 | Excess and Surplus Lines Insurance |
| \|__Great American Fidelity Insurance Company | Delaware | 01/12/1982 | 100 | Excess and Surplus Lines Insurance |
| \|__Great American Insurance Agency, Inc. | Ohio | 04/20/1999 | 100 | Insurance Agency |
| \|__Great American Insurance Company of New York | New York | 08/22/1947 | 100 | Property/Casualty Insurance |
| \|__Great American Lloyd's Insurance Company | Texas | 10/09/1979 | beneficial interest | Lloyd's Plan Insurer |
| \|__Great American Lloyd's, Inc. | Texas | 08/02/1983 | 100 | Corporate Attorney-in-Fact |
| \|__Great American Management Services, Inc. | Ohio | 12/05/1974 | 100 | Data Processing and Equipment Leasing |
| \|__Great American Protection Insurance Company | Ohio | 01/08/1990 | 100 | Surplus Lines Insurance |
| \|__Great American Re Inc. | Delaware | 05/14/1971 | 100 | Reinsurance Intermediary |
| \|__Great American Security Insurance Company | Ohio | 07/01/1987 | 100 | Property/Casualty Insurance |
| \|__Great American Spirit Insurance Company | Ohio | 04/05/1988 | 100 | Property/Casualty Insurance |
| \|__Key Largo Group, Inc. | Florida | 02/25/1969 | 100 | Land Developer |
| \|__National Interstate Corporation | Ohio | 01/26/1989 | 52.5 | Holding Company |
| \|__American Highways Insurance Agency (OH) | Ohio | 06/29/1999 | 100 | Insurance Agency |
| \|__Explorer RV Insurance Agency, Inc. | Ohio | 07/17/1997 | 100 | Insurance Agency |
| \|__Hudson Indemnity, Ltd. | Cayman Islands | 06/12/1996 | 100 | Property/Casualty Insurance |

## AFG ORGANIZATIONAL CHART

| | STATE OF DOMICILE | DATE OF INCORPORATION | % OF STOCK OWNED BY IMMEDIATE PARENT COMPANY (1) | NATURE OF BUSINESS |
|---|---|---|---|---|
| American Financial Group, Inc. | | | | |
| \|__Great American Insurance Company | | | | |
| \|__National Interstate Corporation | | | | |
| \|__Hudson Management Group, Ltd. | Virgin Islands | 07/29/2004 | 100 | Insurance Administrative Services |
| \|__National Interstate Insurance Agency, Inc. | Ohio | 02/13/1989 | 100 | Insurance Agency |
| \|__Commercial For Hire Transportation Purchasing Group | South Carolina | 01/23/2004 | beneficial interest | Purchasing Group |
| \|__National Interstate Insurance Company | Ohio | 02/10/1989 | 100 | Property/Casualty Insurance |
| \|__National Interstate Insurance Company of Hawaii, Inc. | Ohio | 09/20/1999 | 100 | Property/Casualty Insurance |
| \|__Triumphe Casualty Company | Pennsylvania | 10/26/1981 | 100 | Property/Casualty Insurance |
| \|__Vanliner Group, Inc. | Delaware | 07/17/1986 | 100 | Holding Company |
| \|__TransProtection Service Company | Missouri | 03/08/1982 | 100 | Insurance Agency |
| \|__Vanliner Insurance Company | Missouri | 04/16/1953 | 100 | Property/Casualty Insurance |
| \|__Vanliner Reinsurance Limited | Bermuda | 01/03/1978 | 100 | Reinsurance |
| \|__Safety Claims and Litigation Services, LLC | Montana | 08/24/2006 | 100 | Loss Control Consulting Company |
| \|__Safety, Claims & Litigation Services, Inc. | Pennsylvania | 06/23/1995 | 100 | Litigation & Claims Support Services |
| \|__Penn Central U.K. Limited | United Kingdom | 10/28/1992 | 100 | Insurance Holding Company |
| \|__Insurance (GB) Limited | United Kingdom | 05/13/1992 | 100 | Property/Casualty Insurance |
| \|__Pinecrest Place LLC | Florida | 11/05/2009 | 100 | Mortgage Holder - Coconut Palm Estates |
| \|__PLLS Canada Insurance Brokers Inc. | Ontario (Toronto, CN) | 06/13/2001 | 49 | Insurance Agency |
| \|__Preferred Market Solutions, LLC | Ohio | 01/08/2008 | 100 | Brokerage Consultant Business |
| \|__Professional Risk Brokers, Inc. | Illinois | 03/01/1990 | 100 | Wholesale Agency/Brokerage for E&S Lines |
| \|__Strategic Comp Holdings, L.L.C. | Louisiana | 12/28/2002 | 100 | Holding Company |
| \|__Strategic Comp Services, L.L.C. | Louisiana | 12/31/2002 | 100 | Claims Services Provider |
| \|__Strategic Comp, L.L.C. | Louisiana | 12/31/2002 | 100 | Insurance Agency |
| \|__One East Fourth, Inc. | Ohio | 02/03/1964 | 100 | Real Estate Holding Company |
| \|__Pioneer Carpet Mills, Inc. | Ohio | 04/29/1976 | 100 | Inactive |
| \|__Superior NWVN of Ohio, Inc. | Ohio | 05/05/2000 | 100 | Holding Company |
| \|__TEJ Holdings, Inc. | Ohio | 12/04/1984 | 100 | Real Estate Holding Company |
| \|__Three East Fourth, Inc. | Ohio | 08/10/1966 | 100 | Real Estate Holding Company |

(1)  Except Director's Qualifying Shares.
(2)  Total percentage owned by parent shown and by other affiliated company(s).

As Of: 3/31/2011